## United States District Court
**Western District of Wisconsin**
**Robert W. Kastenmeier Courthouse**
**120 N. Henry Street, Rm. 540**
**Post Office Box 591**
**Madison, Wisconsin  53701**

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

September 11, 2008

Steven Caya
Nowlan & Mouat
100 South Main Street
P.O. Box 8100
Janesville, WI 53547

Re: Urban v. United States of America; 07-cv-646-bbc

Dear Mr. Caya:

Thank you for advising me of the settlement agreement in this case.  I will expect the documents in support of the settlement approval within the next two weeks. Generally I do hold a hearing whenever there are minor children involved, but this requires only a telephone conference that can be set at almost any time. I would want you and the children's parents on the telephone at the time.

Very truly yours,

/s/

Barbara B. Crabb
District Judge

BBC:skv
cc: Stephen Ehlke